THE MATIAN FIRM A.P.C.
MARK ELLISTON, #6584500
1420 W. Mockingbird Lane, Ste 800
Dallas, TX 75247
Mark@MatianLegal.com
Tel: (972)942-0844
Fax: (972)942-0866

Attorneys for Defendant
VICTOR SANCHEZ DE LA MORA

FILED
MAY 14 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS (DEL RIO)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-mj-01271-JAC-1 |
| Plaintiff, | ORDER ON MOTION FOR SUBSTITUTION OF COUNSEL |
| v. | |
| VICTOR SANCHEZ DE LA MORA, | |
| Defendant. | |

The substitution of attorney D. Mark Elliston, State Bar Number 06584500, for attorney Michael J. Bagley., is hereby GRANTED. The clerk is hereby ordered to terminate Notices of Electronic Filings for the withdrawing attorney in this case.

IT IS SO ORDERED.

DATE: 5/14/2024

_____
HONORABLE JOSEPH A. CORDOVA
UNITED STATES DISTRICT JUDGE